# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION FOR** |
| | ) | **EARLY TERMINATION OF PROBATION** |
| vs. | ) | |
| | ) | |
| Rico Esha, | ) | |
| | ) | Case No. 1:18-cr-017 |
| Defendant. | ) | |

Defendant was convicted of the offense of disorderly conduct and on April 3, 2018, the court sentenced him to one year of unsupervised probation. When imposing sentence, the court advised defendant that it would early termination of probation if warranted by his performance.

On October 5, 2018, the parties filed a stipulation for early termination of probation. The court **ADOPTS** the parties stipulation (Doc. No. 41), finding that defendant has complied with his probation conditions. Defendant shall be discharged from probation and the proceedings in this case shall be terminated.

**IT IS SO ORDERED.**

Dated this 16th day of October, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court